UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KODY RAY GIBBS,<br><br>Defendant. | Case No. 2:16-cr-00099-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Kody Gibbs's Motion for Compassionate Release. (Dkt. 45). Mr. Gibbs's motion also requests the appointment of counsel to assist with this motion. The Court will construe this as a separate motion for counsel and address that motion here, but will reserve ruling on the motion for compassionate release until the briefing is completed. For the reasons that follow, the Court will deny the motion to appoint counsel.

## ANALYSIS

In 2016, Gibbs pled guilty to possession of sexually explicit images of

**MEMORANDUM DECISION AND ORDER - 1**

minors and was sentenced to 78 months incarceration followed by 15 years of supervised release. (Dkt. 38). He filed a motion for compassionate release on August 18, 2021. Gibbs states that he has been unable to obtain his medical records and seeks appointment of counsel to assist with the motion.

There is no constitutional right to appointed counsel in post-conviction proceedings. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987) ("The right to appointed counsel extends to the first appeal of right, and no further."). Instead, the decision whether to appoint counsel in post-conviction proceedings rests with the discretion of the district court. *United States v. Harrington*, 410 F.3d 598, 600 (9th Cir. 2005).

Gibbs's letter is articulate and legible. Further, he has enough understanding of compassionate release to explain factors that may warrant release. The Court sees no special circumstances in the record that may warrant the appointment of counsel.

The Court notes that if Gibbs needs more time to obtain evidence and prepare his reply brief, he may file a motion for an extension of time. In that event, the motion must be filed prior to the existing briefing deadline and include a new proposed deadline.

## ORDER

**IT IS ORDERED** that Kody Gibbs's Motion for Appointment of Counsel is **DENIED**.

DATED: September 28, 2021

B. Lynn Winmill
U.S. District Court Judge